MEDIATION,TRLSET

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:25−cv−00374−GAP−RMN

Potamkin Hyundai, Inc. v. Genesis Motor America, LLC
Assigned to: Judge Gregory A. Presnell
Referred to: Magistrate Judge Robert M. Norway
Case in other court: Ninth Judicial Circuit, 2025−CA−000891
Cause: 28:1441 Notice of Removal

Date Filed: 03/03/2025
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Diversity

**Plaintiff**

**Potamkin Hyundai, Inc.**
*for itself and in the name of the Department of Highway Safety and Motor Veliicles of the State of Florida, for its use and benefit*
*doing business as*
Genesis of Miami Lakes

represented by

**John W. Forehand**
Kurkin Forehand Brandes LLP
1089 W. Morse Blvd.
Suite D
Winter Park, FL 32789
850−391−7705
Fax: 850−391−2645
Email: jforehand@kfb−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Sanchez**
Kurkin Forehand Brandes LLP
1089 W. Morse Blvd.
Suite D
Winter Park, FL 32789
407−602−0249
Fax: 850−391−2645
Email: msanchez@kfb−law.com
*ATTORNEY TO BE NOTICED*

**Robert Craig Spickard**
Kurkin Forehand Brandes LLP
1089 W. Morse Blvd.
Suite D
Winter Park, FL 32789
850−391−7704
Fax: 830−391−2645
Email: cspickard@kfb−law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Genesis Motor America, LLC**

represented by

**Hans Helmut Hertell**
Hogan Lovells US LLLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131

305−459−6608
Fax: 305−459−6550
Email: hans.hertell@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Paul J. Ullom** represented by

**Paul J. Ullom**
Carlton Fields, PA
4221 W Boy Scout Blvd, Ste. 1000
Tampa, FL 33607
813/223−7000 ext: 4108
Fax: 813/229−4133
Email: pullom@carltonfields.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2025 | Ï 1 | COMPLAINT and NOTICE OF REMOVAL from 9th Judicial Circuit, case number 25−CA−000891 filed in State Court on 2−4−2025. Filing fee $405, receipt number AFLMDC−23083452 filed by Genesis Motor America, LLC. (Attachments: # 1 Exhibit A − Complaint, # 2 Exhibit B − Docket and other filings, # 3 Civil Cover Sheet)(Hertell, Hans) (Entered: 03/03/2025) |
| 03/03/2025 | Ï 2 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Genesis Motor America, LLC identifying Other Affiliate Hyundai Motor America, Inc. for Genesis Motor America, LLC.. (Hertell, Hans) (Entered: 03/03/2025) |
| 03/04/2025 | Ï 3 | NEW CASE ASSIGNED to Judge Anne C. Conway and Magistrate Judge Robert M. Norway. New case number: 6:25−cv−00374−ACC−RMN. (JOS) (Entered: 03/04/2025) |
| 03/04/2025 | Ï 4 | NOTICE to all Counsel of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who − unless the party changes the designation − remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (JVC) (Entered: 03/04/2025) |
| 03/05/2025 | Ï 5 | **INITIAL CASE ORDER − Notice of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Parties have 14 days from the date of this order to file their disclosure statement (if not already filed) and to notify the court of a related action (not required if there are no related actions). Signed by Judge Anne C. Conway on 3/5/2025. (KLD)** (Entered: 03/05/2025) |
| 03/05/2025 | Ï 6 | NOTICE of Lead Counsel Designation by John W. Forehand on behalf of Potamkin Hyundai, Inc.. Lead Counsel: John W. Forehand. (Forehand, John) (Entered: 03/05/2025) |
| 03/07/2025 | Ï 7 | NOTICE of Lead Counsel Designation by Hans Helmut Hertell on behalf of Genesis Motor America, LLC. Lead Counsel: Hans H. Hertell. (Hertell, Hans) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 8 | Unopposed MOTION for Extension of Time to File Answer re 1 Notice of Removal *COMPLAINT* by Genesis Motor America, LLC. (Hertell, Hans) Motions referred to Magistrate Judge Robert M. |

| | | |
|---|---|---|
| | | Norway. (Entered: 03/07/2025) |
| 03/10/2025 | Ï 9 | **ENDORSED ORDER granting 8 Motion for Extension of Time to Answer. Defendant shall file its answer or otherwise respond to the Complaint on or before April 9, 2025. Future extension motions in this case shall be filed more than three business days before the expiring deadline and must demonstrate the movant's diligence in meeting the deadline in addition to good cause. Signed by Magistrate Judge Robert M. Norway on 3/10/2025. (JBS)** (Entered: 03/10/2025) |
| 03/12/2025 | Ï 10 | NOTICE of a related action per Local Rule 1.07(c) by Potamkin Hyundai, Inc.. Related case(s): No (Forehand, John) (Entered: 03/12/2025) |
| 03/14/2025 | Ï 11 | NOTICE of a related action *6:25−cv−00370−GAP−UAM (M.D. Fla.)* per Local Rule 1.07(c) by Genesis Motor America, LLC. Related case(s): Yes (Hertell, Hans) (Entered: 03/14/2025) |
| 03/17/2025 | Ï 12 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested Persons Order by Potamkin Hyundai, Inc.. (Forehand, John) (Entered: 03/17/2025) |
| 03/18/2025 | Ï 13 | **ORDER reassigning this case to the Honorable Gregory A. Presnell for all further proceedings pursuant to Local Rule 1.07(a)(2)(A) with his consent, to be considered with *Potamkin Hyundai, Inc v. Hyundai Motor America Corporation*, Case No. 6:25−cv−370−GAP−UAM. Signed by Judge Anne C. Conway on 3/18/2025. (KLD)** (Entered: 03/18/2025) |
| 03/18/2025 | Ï 14 | Case Reassigned to Judge Gregory A. Presnell. New case number: 6:25−cv−374−GAP−RMN. Judge Anne C. Conway no longer assigned to the case. (RPB) (Entered: 03/18/2025) |
| 04/08/2025 | Ï 15 | NOTICE by Genesis Motor America, LLC *Notice of Defendant's Motion to Consolidate* (Attachments: # 1 Exhibit 1 − motion to consolidate 25−370)(Hertell, Hans) (Entered: 04/08/2025) |
| 04/09/2025 | Ï 16 | *Defendant's* ANSWER to Complaint by Genesis Motor America, LLC. (Hertell, Hans) (Entered: 04/09/2025) |
| 04/14/2025 | Ï 17 | CASE MANAGEMENT REPORT. (Forehand, John) (Entered: 04/14/2025) |
| 04/15/2025 | Ï 18 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 6/1/2025. Joinder of Parties due by 6/1/2025. Discovery due by 1/26/2026 Dispositive motions due by 5/8/2026 Pretrial statement due by 9/29/2026 All other motions due by 10/15/2026 Plaintiff disclosure of expert report due by 10/13/2025 Defendant disclosure of expert report due by 11/24/2025. Final Pretrial Conference set for 11/12/2026 at 01:00 PM in Orlando Courtroom 5 A before Judge Gregory A. Presnell Jury Trial set for the trial term which commences on 12/1/2026 at 09:15 AM in Orlando Courtroom 5 A before Judge Gregory A. Presnell. Conduct mediation hearing by 5/29/2026. Lead counsel to coordinate dates. Signed by Judge Gregory A. Presnell on 4/15/2025. (AKC)** (Entered: 04/15/2025) |
| 04/15/2025 | Ï 19 | CASE REFERRED to Mediation. Paul J. Ullom appointed as mediator. Lead counsel shall contact opposing Counsel and the mediator, schedule mediation and file a notice with the court within 14 days advising the court of the scheduled mediation date. (AKC) (Entered: 04/15/2025) |
| 04/15/2025 | Ï 20 | **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: All prior deadlines remain unchanged. The court will determine at a later date whether the case will be a bench or jury trial and the estimated trial days will be 5 days unless consolidated with 6:25−cv−370−GAP−UAM which will change to 7−10 days. Signed by Judge Gregory A. Presnell on 4/15/2025. (AKC)** (Entered: 04/15/2025) |
| 04/16/2025 | Ï 21 | ENTERED IN ERROR (MLB). (Entered: 04/16/2025) |
| 04/22/2025 | Ï 22 | |

| | | |
|---|---|---|
| | | NOTICE of Filing Response in Opposition to 15 Notice of Motion to Consolidate (Attachments: # 1 Exhibit A − Response to Motion to Consolidate)(Forehand, John) Modified text on 4/23/2025 (BD). (Entered: 04/22/2025) |
| 04/29/2025 | İ 23 | NOTICE of mediation conference/hearing to be held on 2/24/2026 & 2/25/2026 before Paul J. Ullom. (Forehand, John) (Entered: 04/29/2025) |
| 04/29/2025 | İ 24 | NOTICE of mediation conference/hearing to be held on 2/25/2026 before Paul J. Ullom. (Forehand, John) (Entered: 04/29/2025) |
| 04/29/2025 | İ 25 | AMENDED COMPLAINT against Genesis Motor America, LLC with Jury Demand. filed by Potamkin Hyundai, Inc.. (Attachments: # 1 Exhibit A − Genesis Standard Provisions)(Forehand, John) (Entered: 04/29/2025) |
| 05/13/2025 | İ 26 | *Defendant's* ANSWER to 25 Amended Complaint by Genesis Motor America, LLC. (Hertell, Hans) (Entered: 05/13/2025) |
| 06/05/2025 | İ 27 | Unopposed MOTION for Miscellaneous Relief, specifically to Transfer Venue to the Southern District of Florida by Genesis Motor America, LLC. (Hertell, Hans) (Entered: 06/05/2025) |
| 06/06/2025 | İ 28 | **ORDER granting Defendant's 27 Unopposed Motion to Transfer Venue. The Clerk is directed to TRANSFER this case to the U.S. District Court for the Southern District of Florida. See Order for details. Signed by Judge Gregory A. Presnell on 6/6/2025. (BTM)** (Entered: 06/06/2025) |