**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22606-BLOOM/Elfenbein**

POTAMKIN HYUNDAI, INC., d/b/a
POTAMKIN HYUNDAI,

Plaintiff,

v.

HYUNDAI MOTOR AMERICA
CORPORATION,

Defendant.
_______________________________________/

POTAMKIN HYUNDAI, INC., d/b/a
GENESIS OF MIAMI LAKES,

Plaintiff,

v.

GENESIS MOTOR AMERICA, LLC,

Defendant.
_______________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice, ECF No. [53] ("Stipulation"), filed on October 30, 2026. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [53]**, is **APPROVED**.
2. The above-styled case is **DISMISSED WITH PREJUDICE**.
3. Each party shall bear its own attorneys' fees and costs.

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 2, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record